**Dismiss and Opinion Filed November 5, 2021**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00596-CV**

**IN THE INTEREST OF S.S., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-14347**

## MEMORANDUM OPINION
Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated July 16, 2021, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated July 16, 2021, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated October 15, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification that she (1) had either paid for or made

arrangements to pay for the record, or (2) is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Cory L. Carlyle//
CORY L. CARLYLE
210596f.p05                                     JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF S.S., A CHILD

No. 05-21-00596-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-14347. Opinion delivered by Justice Carlyle. Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 5th day of November, 2021.